IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01703 - JLK

KnowWare International, Incorporated, a Colorado corporation,
doing business as Lifestar,

Plaintiff

vs.

Kingsrealm LLC, a California limited liability company; and
Marc David King, an individual

Defendants.

## STIPULATED DISMISSAL

Plaintiff KnowWare International Corporation and Defendants Kingsrealm LLC and Marc David King submit this Stipulation pursuant to Federal Rules of Civil Procedure (Fed. R. Civ. P.) 41(a)(1), whereby Plaintiff hereby dismisses this lawsuit with prejudice.

Dated:

        KnowWare International Corporation

        s/david a. weinstein/
        Plaintiff's Attorney
        David A. Weinstein
        695 South Colorado Boulevard, Suite 360
        Denver, Colorado 80246
        Phone: (303) 863-8818
        Fax"   (303) 863-8820
        e-mail: davidaweinstein@qwestoffice.net

        Kingsrealm LLC and

1

Marc David King

s/Norbert Stahl/
Defendants' Attorney
Stahl Law Firm
2 Meadowstreet Lane
San Carlos, California 94070
Phone: (650) 802-8800
Fax:  (650) 802-8484
e-mail: nstahl@patentlawservice.com